JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DANIEL HARPER,** | ) | NO. CV 21-3024-JGB (KS) |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | |
| **JENNIFER HEINISCH,** | ) | **ORDER AND JUDGMENT OF DISMISSAL** |
| **Defendants.** | ) | |
| | ) | |

On April 5, 2021, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint against lawyer Jennifer Heinisch for representations she made to the court in her role as Deputy Attorney General and counsel for the California Department of Corrections and Rehabilitation. (Dkt. No. 1.) Plaintiff did not pay the filing fee or submit a request to proceed *in forma pauperis* ("IFP). (Dkt. No. 2.)

On April 26, 2021, more than three weeks after Plaintiff filed his complaint without paying the filing fee or requesting to proceed IFP, the Court ordered Plaintiff to show cause, no later than May 12, 2021, why the action should not be dismissed for failure to pay the filing fee or obtain authorization to proceed without prepayment of the fee. (Dkt. No. 4 at 1-2.) The Court also informed Plaintiff that the complaint was subject to dismissal for failure to state a

claim upon which relief could be granted because the sole defendant named in the complaint was immune from suit. (*Id.* at 1.)

More than three weeks have passed since Plaintiff's May 12, 2021 deadline for paying the filing fee or filing a request to proceed without prepayment of the fee. To date, Plaintiff has neither paid the filing fee, filed an application to proceed *in forma pauperis*, or otherwise communicated with the Court about his case. In light of the foregoing, IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED.

DATED: June 11, 2021

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

Presented by:

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE